PROB 12B
(7/93)

Report Date: November 29, 2011

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 3 0 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Tony Soto Cortez                Case Number: 2:03CR02024-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 1/15/2004              Type of Supervision:   Supervised Release

Original Offense: Distribution of a Controlled    Date Supervision Commenced: 11/28/2011
Substance, Methamphetamine, and Aiding and
Abetting, 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

Original Sentence: Prison - 121 Months;           Date Supervision Expires: 11/27/2016
                   TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

In order for substance abuse testing conditions previously ordered by the Court to be in compliance with 9th Circuit case law, the above modifications are recommended. Mr. Cortez has agreed to the modifications and a signed waiver is enclosed for the Court's review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/29/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

November 29, 2011
Date